JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
John F. Tratnyek (JT 4664)

ATTORNEYS FOR DEFENDANT PAYLESS SHOE SOURCES, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| YOMALY CORNELIO, | : | |
| Plaintiff, | : | Civil Action No. 04-1723(JCL) |
| | : | |
| PAYLESS SHOE SOURCE, JOHN DOES 1-10, AND XYZ CORP. 1-10, | : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | : | |

It is hereby stipulated and agreed by and between Plaintiff, Yomaly Cornelio, and Defendant, Payless Shoe Source, through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice and without costs and attorneys' fees.

LAW OFFICES OF TY HYDERALLY, P.C.
96 Park Street
Montclair, NJ 07042
(973) 509-3581

By: _____
     Ty Hyderally, Esq.

ATTORNEY FOR PLAINTIFF

Dated: 12/23/04

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890

By: _____
     John F. Tratnyek

ATTORNEYS FOR DEFENDANT

Dated: 1/6/05

Cornelio\76022 pleading019-sod.doc